# Commonwealth *v.* Edison Electric Light Company, Appellant.

Argued June 3, 1902. Appeal, No. 29, May T., 1902, by defendant, from judgment of C. P. Dauphin Co., Commonwealth Docket, 1901, No. 281, on appeal from tax settlement, in case of Commonwealth v. Edison Electric Light Company. Before MITCHELL, DEAN, FELL, BROWN, MESTREZAT and POTTER, JJ. Affirmed.

*M. E. Olmsted* and *A. C. Stamm*, for appellant.

*John P. Elkin*, attorney general, and *Frederic W. Fleitz*, deputy attorney general, for appellee.

OPINION BY MR. JUSTICE BROWN, January 5, 1903:

This case was argued with Commonwealth v. Brush Electric Light Company, ante, p. 249, and is controlled by it.

Judgment affirmed.